IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ED BRADY**<br>   *Petitioner* | :   CIVIL ACTION<br>:<br>:   NO. 16-0725 |
| **v.** | : |
| **JACK SOMMERS,** *et al.*<br>   *Respondents* | :<br>: |

## ORDER

**AND NOW**, this 1st day of August 2016, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, it is hereby **ORDERED** that:

1. The Petitioner's objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The petition for writ of *habeas corpus* is **DENIED**; and

4. No probable cause exists to issue a certificate of appealability.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*